# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00213-CV

**Reynaldo Nunez, Appellant**

**v.**

**Elvia Jaimes Nunez, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT NO. FM106043, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

Appellant Reynaldo Nunez has filed a motion to dismiss, stating he no longer wishes to pursue his appeal. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2). We dismiss appellee=s motion to dismiss and motion for sanctions.

_____

Lee Yeakel, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant=s Motion

Filed: July 26, 2002

Do Not Publish